# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 04, 2013

Mr. Stephen Alan Ferrell
Federal Defender Services
800 S. Gay Street
Suite 2400
Knoxville, TN 37929

Mr. Andrew H. Smith
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202

> Re: Case No. 13-6190, *In re: Nicholas Sutton*
> Originating Case No. : 3:00-cv-00013

Dear Counsel:

   The Court issued the enclosed Order today in this case.

>                         Sincerely yours,
>
>                         s/Patricia J. Elder
>                         Senior Case Manager
>                         Direct Dial No. 513-564-7034

cc:  Ms. Debra Poplin

Enclosure

Case No. 13-6190

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: NICHOLAS T. SUTTON

    Movant

Upon consideration of the movant's motion to remand,

And further considering the respondent's opposition thereto,

It is **ORDERED** that the motion be and it hereby is **DENIED**.

                                  **ENTERED BY ORDER OF THE COURT**

                                  Deborah S. Hunt, Clerk

Issued: November 04, 2013