# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

April 21, 2014

Scott S. Harris
Clerk of the Court
(202) 479-3011

**FILED**
*Apr 21, 2014*
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re: Nicholas T. Sutton
 v. Wayne Carpenter, Warden
 No. 13-8573
 (Your No. 13-6190)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk