IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | | |
|---|---|---|
| **NICHOLAS T. SUTTON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:00-cv-00013-JRG |
| | ) | Judge Greer |
| **BRUCE WESTBOOKS, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF APPEARANCE

The undersigned counsel hereby gives notice of his appearance as counsel on behalf of the respondent, Bruce Westbrooks, and requests that court notices and service of all pleadings, motions and other papers be directed to the undersigned.

    Respectfully submitted,

    HERBERT H. SLATERY III
    Attorney General and Reporter

    */s/ John H. Bledsoe*
    JOHN H. BLEDSOE
    Deputy Attorney General
    Federal Habeas Corpus Division
    P.O. Box 20207
    Nashville, Tennessee 37202
    (615) 741-4351
    Email: John.Bledsoe@ag.tn.gov
    B.P.R. No. 19300

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice was filed electronically on July 11, 2019. A copy of this document has been served via email through electronic filing to Jerry W. Laughlin at Jlaughlin2@rlnhc.com, John T. Milburn Rogers at Emily@johnrogerslawgroup.com, and Stephen A. Ferrell at Stephen_ferrell@fd.org.

                                               s/ *John H. Bledsoe*_____
                                               JOHN H. BLEDSOE
                                               Deputy Attorney General