UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| NICHOLAS T. SUTTON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:09-cv-00013-JRG |
| BRUCE WESTBROOKS, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 137 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the above referenced case is **REASSIGNED** to the Honorable Clifton L. Corker, United States District Judge, for all further proceedings. Any matters routinely considered by a magistrate judge, pursuant to 28 U.S.C. § 636(b) and the Rules of this Court, are **REASSIGNED** to the Honorable Cynthia R. Wyrick, United States Magistrate Judge.

ENTER:

_/s/ Pamela L. Reeves_
**PAMELA L. REEVES**
**CHIEF UNITED STATES DISTRICT JUDGE**