IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| NICHOLAS T. SUTTON, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )     No. 3:00-cv-00013-DCLC-CRW |
| | ) |
| | ) |
| BRUCE WESTBROOKS, Warden, | ) |
| | ) |
|     Respondent. | ) |

## NOTICE OF APPEARANCE

The undersigned counsel hereby gives notice of appearance as counsel on behalf of Respondent and requests that court notices and service of all pleadings, motions, and other papers be directed to the undersigned counsel.

    Respectfully submitted,

    HERBERT H. SLATERY III
    Attorney General and Reporter

    /s/ *Richard D. Douglas*
    Richard D. Douglas
    Assistant Attorney General
    Federal Habeas Corpus Division
    P.O. Box 20207
    Nashville, Tennessee 37202-0207
    Phone: (615) 741-4125
    Fax: (615) 532-4892
    Email: Davey.douglas@ag.tn.gov
    Tenn. B.P.R. No. 032076

1

**CERTIFICATE OF SERVICE**

I certify that the foregoing Notice was filed electronically on November 13, 2019. A copy of this document has been served via email through electronic filing to Jerry W. Laughlin at Jlaughlin2@rlnhc.com, John T. Milburn Rogers at Emily@johnrogerslawgroup.com, and Stephen A. Ferrell at Stephen_ferrell@fd.org.

/s/ *Richard D. Douglas*
RICHARD D. DOUGLAS
Assistant Attorney General